Lesley E. Weaver (SBN 191305)
lweaver@sfmslaw.com
Shepherd, Finkelman, Miller & Shah, LLP
199 Fremont Street, 20th Floor
San Francisco, AC 94105-2255
Telephone: (415) 992-7782
Facsimile: (415) 489-7701

Attorneys for Plaintiffs
PATRICIA FRANCO and LILIA CASTRO

[ADDITIONAL COUNSEL ON NEXT PAGE]

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PATRICIA FRANCO and LILIA CASTRO, on behalf of themselves and on behalf of all other similarly situated individuals,<br><br>        Plaintiffs,<br><br>  vs.<br><br>RUIZ FOOD PRODUCTS, INC. and DOES 1 - 50, inclusive,<br><br>        Defendants. | **CASE NO.:  1:10-CV-02354-AWI-SKO**<br><br>**JOINT STIPULATION AND ORDER CONTINUING CLASS CERTIFICATION DEADLINES** |

1  Plaintiffs PATRICIA FRANCO and LILIA CASTRO ("Plaintiffs") and Defendant RUIZ FOOD
2  PRODUCTS, INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate
3  as follows:
4  1. On March 23, 2011, the Court entered its Scheduling Order setting forth the following
5  deadlines relating to class certification:

- July 29, 2011: Class certification discovery cut off date
- August 31, 2011: Motion for class certification to be filed
- September 30, 2011: Opposition to motion for class certification to be filed
- October 19, 2011: Reply to motion for class certification to be filed
- November 16, 2011: Hearing on Plaintiffs' motion for class certification

2. Mindful of this schedule, Plaintiffs and Defendant have met and conferred over a period of months to resolve various discovery disputes, including the terms of a mutually acceptable Protective Order relating to the confidentiality of discovery in this action, which we hope to submit shortly to the Court, and the scope of the parties' document productions.

3. Plaintiffs will depose certain of Defendant's employees and representatives July 18-20, 2011, and Plaintiffs will be deposed on July 26 -27, 2011;

4. Despite the parties' good faith efforts to conduct discovery in a timely fashion, certain technical issues relating to Defendant's document production relating to class discovery, which Defendant is seeking to resolve, will delay the bulk of Defendant's production until late August 2011;

5. Under the current scheduling order, the cut-off for class-related discovery is July 29, 2011, and the parties have not previously sought an extension as to any of these deadlines;

6. For these reasons, consistent with Civil Local Rule 144 and Fed. R. Civ. P. 6, the parties respectfully seek the following amendments to the Court's March 23, 2011, Scheduling Order:

   a. That the class certification discovery cut off date be continued to September 20, 2011;
   b. That the motion for class certification be filed no later than October 28, 2011;
   c. That the opposition to the motion for class certification be filed no later than November 25, 2011;

1       d. That the reply in support of the motion for class certification be filed no later than December 16, 2011; and

3       e. That the hearing date on the motion for class certification be continued to a date at the Court's convenience on or after December 16, 2011.

Respectfully Submitted,

Date: July 15, 2011

JACKSON LEWIS LLP

/s/ Michell F. Boomer
Mitchell F. Boomer, Esquire
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: 415-394-9400
Facsimile: 415-394-9401
Email: boomerm@jacksonlewis.com

Cynthia S. Sandoval, Esquire
Hazel U. Poei, Esquire
Jackson Lewis LLP
5000 Birch Street, Suite 5000
Newport Beach, CA 92660
Telephone: 949-885-1360
Facsimile: 949-885-1380
Email: sandovac@jacksonlewis.com
Email: poeih@jacksonlewis.com

*Attorneys for Defendant
Ruiz Food Products, Inc.*

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

E-filing attorney authorized to submit conformed signature on behalf of:
/s/ Wesley E. Weaver, Esquire
(SBN 191305)
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 992-7282
Facsimile: (415) 489-7701
Email: lweaver@sfmslaw.com

Philip A. Downey, Esquire
Pennsylvania Bar ID No. 81603
The Downey Law Firm, LLC
P.O. Box 1021
Unionville, PA 19375
Telephone: (610)324-2848
Facsimile: (610)813-4579
Email: downeyjustice@gmail.com

Eric L. Young, Esquire
Pennsylvania Bar ID No. 84109
Egan Young, *Attorneys-at-Law*
526 Township Line Road, Suite 100
Blue Bell, PA 19422
Telephone: (215) 367-5151
Facsimile: (215) 367-5143
Email: eyoung@eganyoung.com

James E. Miller, Esquire
(SBN 262553)
Karen M. Leser-Grenon, Esquire
(SBN 231189)
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
Email: jmiller@sfmslaw.com
kleser@sfmslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

## **ORDER**

The parties' request for a modification to the schedule is GRANTED. The deadlines proposed by the parties are adopted by the Court with the exception of the proposed deadline for the hearing on Plaintiffs' motion for class certification. The modified schedule is as follows:

1. Class certification discovery shall be completed **on or before September 20, 2011**;

2. The motion for class certification shall be filed **on or before October 28, 2011**;

3. The opposition to the motion for class certification shall be filed **on or before November 25, 2011**;

4. Any reply shall be filed **on or before December 16, 2011**; and

5. The motion shall be heard **on or before January 18, 2012, at 9:30 a.m.** before Magistrate Judge Oberto.

IT IS SO ORDERED.

Dated:   **July 18, 2011**                              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE