# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FRANCO, et al., | CASE NO. 1:10-cv-02354-AWI-SKO |
| Plaintiffs, | **ORDER REQUIRING SUPPLEMENTAL INFORMATION RE: PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |
| v. | |
| RUIZ FOOD PRODUCTS, INC., | (Docket No. 38) |
| Defendant. | |

On July 5, 2012, Plaintiffs Patricia Franco and Lilia Castro, on behalf of themselves and all others similarly situated ("Plaintiffs"), filed a Motion for Final Approval of Class Settlement (Doc. 38) based upon the Settlement Agreement reached with Defendant Ruiz Food Products, Inc. ("Defendant"). A hearing regarding this motion was held on August 1, 2012, before Magistrate Judge Sheila K. Oberto.

Pursuant to the matters discussed in open court at the August 1, 2012, hearing, Plaintiffs shall file by August 17, 2012, the following additional information in support of their Motion for Final Approval of Class Settlement:

1. Declarations from the Class Representative Plaintiffs, Patricia Franco and Lilia Castro, setting forth their efforts on behalf of the class in support of their request for a Class Enhancement Award. As Ms. Franco and Ms. Castro are Spanish-speaking, their declarations shall be translated into English and Plaintiffs shall provide certification from a translator attesting that the English-language version is a true and correct copy;

2. A declaration from a representative for each of the following Class Counsel firms ("Class Counsel"): (1) Egan Young, Attorneys at Law, (2) The Downey Law Firm, LLC, and (3) Shepherd, Finkelman, Miller & Shah, LLP, stating the number and type of class action suits with which each law firm has been involved;

3. Supplemental briefing and legal authority to establish that Class Counsel's hourly attorneys' fee rates are in line with those prevailing in the Fresno Division of the United States District Court for the Eastern District of California;

4. A revised chart, in support of Plaintiffs' requested attorneys' fees, setting forth the names of the Class Counsel attorneys and paralegals who worked on this action, and for each such person: their title, their years of experience, their hourly rate, the number of hours worked, the total amount billed and, for each attorney, the jurisdiction(s) where they are admitted;

5. Billing records from the Class Counsel that summarize and support the number of hours worked; and

6. A breakdown of Plaintiffs' requested costs, indicating the allocation of costs.

If Plaintiffs' counsel requires additional time to file this supplemental information, counsel may contact the Courtroom Deputy, Alice Timken, at (559) 499-5790.

IT IS SO ORDERED.

**Dated:** **August 1, 2012**              /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE