1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PATRICIA FRANCO, et al.,                     CASE NO. 1:10-cv-02354-AWI-SKO

              Plaintiffs,          **ORDER REQUIRING DEFENDANT TO**
**FILE PROOF OF SERVICE OF NOTICE**
**OF THE PROPOSED CLASS**
    v.                                  **SETTLEMENT ON THE ATTORNEY**
**GENERAL FOR THE UNITED STATES**
RUIZ FOOD PRODUCTS, INC.,                    **AND THE APPROPRIATE STATE**
**OFFICIAL PURSUANT TO**
              Defendant.           **28 U.S.C. § 1715**
_____/

      The Court was recently informally informed that, on August 7, 2012, Defendant Ruiz Food

Products, Inc. ("Defendant") served notice of the proposed class settlement in this action upon the

United States Attorney General and the appropriate state counterpart as required under 28 Section

1715(d).

      Accordingly, Defendant is ORDERED to file Proof(s) of Service with the Court establishing

such service. Further, as Section 1715(d) requires a 90-day notice period beginning from when the

Attorney General and state officer have been notified, the Court will hold in abeyance the issuance

of its Findings and Recommendations for Final Approval of Class Settlement until after the notice

period has expired.

**IT IS SO ORDERED.**

**Dated:   August 10, 2012**                    _____/s/ Sheila K. Oberto_____
                                     UNITED STATES MAGISTRATE JUDGE