**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
Rose F. Luzon (SBN 221544)
401 West A Street, Suite 2350
San Diego, CA 92101
Phone: (619) 235-2416
Facsimile: (619) 234-7334
Email: rluzon@sfmslaw.com

[Additional Counsel Appear on Signature Page]

**Attorneys for Plaintiffs and Proposed Class**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| PATRICIA FRANCO and LILIA CASTRO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>RUIZ FOOD PRODUCTS, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 1:10-cv-02354-AWI-SKO<br><br>**JOINT STIPULATION AND ORDER RE: FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Crtrm.: 7<br>Judge: Hon. Sheila K. Oberto |

Pursuant to Civil L.R. 143, and as directed by the Court, Plaintiffs, Patricia Franco and Lilia Castro ("Plaintiffs"), and Defendant Ruiz Food Products, Inc. ("Defendant" or "Ruiz") (collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1. On August 8, 2012, counsel for Defendant sent a letter to the Court, which addressed certain matters relating to the timing of final approval of the class action settlement reached between Plaintiffs and Defendant ("Settlement").

2. In the letter, Defendant requested that the Court wait until November 5, 2012 to issue an order granting final approval of the Settlement, so as to allow Defendant to comply with 28 U.S.C. § 1715, which requires Defendant to provide 90-days' notice of the proposed class Settlement to the state and federal Attorneys General. Defendant provided such notice on

1  August 7, 2012, and the 90-day notice period would run on November 5, 2012.  On August 14,
2  2012, pursuant to the Court's Order of the same date, Defendant filed with the Court a proof of
3  service of the notice sent pursuant to 28 U.S.C. § 1715.

4      3.    On August 13, 2012, the Parties met and conferred regarding the subject matter of
5  the August 8, 2012 letter.  The Parties recognize that, as an unfortunate consequence of this
6  development, the final approval decision will be delayed at least until November 5, 2012 and,
7  thus, payment of Settlement proceeds to members of the Settlement Class will also be delayed.

8      4.    In an effort to mitigate the impact of this delay to the Settlement Class, the Parties
9  reached agreement as follows:

        a.    The Parties agree to consent to the jurisdiction of Your Honor and will file their respective Magistrate Consent Form within five (5) days of filing this Joint Stipulation.

        b.    The Parties agree to request that the Court set a further final approval hearing on November 5, 2012.  By this date, as mentioned above, Defendant's notice obligations under 28 U.S.C. § 1715 will be complete and final approval of the Settlement may be granted by the Court.

        c.    The Parties agree that Plaintiffs' supplemental submission required by the Court's Order of August 1, 2012 will be due by <u>October 15, 2012</u>, as opposed to August 17, 2012.  This will ensure that the record will be as full and complete as possible for the Court, in terms of both the time and resources devoted to this matter by Class Counsel and Plaintiffs, including additional time spent between now and October 15, 2012, so that the Court can properly consider and, if appropriate, grant final approval of the Settlement based upon the most complete and updated factual record possible.

        d.    Defendant agrees, within five (5) days of the Effective Date of the Settlement, as set forth in paragraphs 14(b) and 15 in the Joint Stipulation of Settlement and Release Between Plaintiffs and Defendant, to provide the Settlement proceeds to the Settlement Administrator for disbursement of the Settlement Class

distributions, Class Representative Incentive Awards, California Private Attorneys General Act Allocation, Class Counsel Fees and Costs, and Settlement Administrator Costs. As a result of this agreement, if the Court grants final approval of the Settlement on or about November 5, 2012 (which the Parties will request), the Settlement Class would receive payment of the Settlement proceeds in mid-December, 2012, before the holidays and the end of the calendar year.

5. Based thereon, and in accordance with the above agreements, the Parties respectfully request the Court order the following:

   a. A further final approval hearing will be held on November 5, 2012 at a time convenient to the Court; and

   b. Plaintiffs must make their Supplemental Submission supplying all information that the Court directed in its Order of August 1, 2012 by no later than October 15, 2012.

**SO STIPULATED.**

Date: August 17, 2012                                   Respectfully Submitted,

JACKSON LEWIS LLP                                       SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

/s/ Cynthia S. Sandoval                                 /s/ Rose F. Luzon
Cynthia S. Sandoval, Esquire                            Rose F. Luzon (SBN 221544)
Hazel U. Poei, Esquire                                  401 West A Street, Suite 2350
Jackson Lewis LLP                                       San Diego, CA 92101
5000 Birch Street, Suite 5000                           Phone: (619) 235-2416
Newport Beach, CA 92660                                 Facsimile: (619) 234-7334
Telephone: 949-885-1360                                 Email: rluzon@sfmslaw.com
Facsimile: 949-885-1380
Email: sandovac@jacksonlewis.com                        James E. Miller (SBN 262553)
Email: poeih@jacksonlewis.com                           Karen Leser-Grenon (SBN 231189)
                                                        Shepherd, Finkelman, Miller & Shah, LLP
Mitchell F. Boomer, Esquire                             65 Main Street
199 Fremont Street, 10th Floor                          Chester, CT 06412
San Francisco, CA 94105                                 Telephone: (860) 526-1100
Telephone: 415-394-9400                                 Facsimile: (860) 526-1120
Facsimile: 415-394-9401                                 Email: jmiller@sfmslaw.com
Email: boomerm@jacksonlewis.com                               kleser@sfmslaw.com

JOINT STIPULATION AND ORDER RE: FINAL APPROVAL OF CLASS ACTION SETTLEMENT, 1:10-CV-02354-AWI-SKO

| | |
|---|---|
| *Attorneys for Defendant*<br>*Ruiz Food Products, Inc.* | Philip A. Downey<br>*Admitted Pro Hac Vice*<br>The Downey Law Firm, LLC<br>P.O. Box 1021<br>Unionville, PA 19375<br>Telephone: (610)324-2848<br>Facsimile:  (610)813-4579<br>Email: downeyjustice@gmail.com<br><br>Eric L. Young<br>*Admitted Pro Hac Vice*<br>Egan Young, Attorneys-at-Law<br>526 Township Line Road, Suite 100<br>Blue Bell, PA 19422<br>Telephone: (215) 367-5151<br>Facsimile: (215) 367-5143<br>Email: eyoung@eganyoung.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* |

## **ORDER**

The parties' stipulation is approved and adopted by the Court with the following revision to the proposed final approval hearing date as set forth in Paragraph 4b:

The further final approval hearing is set for **November 14, 2012**, at 9:30 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **August 20, 2012**             /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE