# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PATRICIA FRANCO, et al., | 1:10-cv-02354 AWI SKO |
| Plaintiffs, | NEW CASE NUMBER: |
| v. | 1:10-cv-02354 SKO |
| RUIZ FOOD PRODUCTS, INC., | |
| Defendant. | **ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Anthony W. Ishii, to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:10-cv-02354 SKO**

IT IS SO ORDERED.

Dated:   August 29, 2012                    /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE